**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Shari-Ann Sasu*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*Camden, NJ 08102*
*Shari-Ann.Sasu@usdoj.gov*

*main: (856) 757-5026*
*direct: (856) 968-4867*

August 4, 2026

**Via ECF**
Honorable Georgette Castner, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Cuello de Los Santos v. Elizabeth Detention Center, et al.*, Civ. No. 26-09007**
**Request for Extension of Time to Answer (without Consent)**

Dear Judge Castner:

This Office represents Respondents in the above habeas matter brought by Petitioner challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). We respectfully write in reference to the Court's July 22, 2026, Text Order, ECF No. 3, directing Respondents to file "within fourteen (14) days of the date of entry of this Memorandum and Order, Respondents shall electronically file, and serve upon Petitioner, a full and complete answer to the Petition (ECF No. 1), which responds to the factual and legal allegations of the Petition." The Respondents' Answer is due August 5, 2026. However, Respondents respectfully request an extension of time to file the required Answer, until 5:00 p.m. on August 7, 2026. Since Petitioner is *pro se*, Respondents cannot obtain his consent in time.

We acknowledge the importance of resolving these matters quickly, and we apologize to the Court and to Petitioner for the brief delay this request may cause. We submit that there is good cause to grant this request, as the extension will allow this Office to fully and meaningfully respond to the Court's request for the basis for Petitioner's detention.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: /s/ S.A. Sasu

SHARI-ANN SASU
Assistant U.S. Attorney
*Attorneys for Respondents*

cc: VIA ECF

It is so ordered this 5th day
of August, 2026.

Georgette Castner

GEORGETTE CASTNER, U.S.D.J.